In the Matter of JUSTIN LINDELL, Respondent, v LYDIA BEARFIELD, Appellant. [933 NYS2d 630]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.